IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAVIER SANTACRUZ-DIAZ,

Petitioner,

vs.

WARDEN OF MCCOOK DETENTION CENTER, TODD BLANCHE, U.S. Attorney General, United States, in his official Capacity; MARKWAYNE MULLIN, Secretary, Department of Homeland Security, in his official Capacity; TODD M. LYONS, Acting Director of U.S. Immigration & Customs Enforcement, in his official Capacity; and ALLEN GILL, Field Office Director, ICE Omaha, in his official Capacity,

Respondents.

**8:26CV426**

**ORDER ON PETITIONER'S MOTION FOR LEAVE TO DISMISS**

This case is before the Court on Petitioner's Motion for Leave to Dismiss. Filing 15. Petitioner advises the Court that on September 28, 2026, an immigration judge granted Petitioner Cancellation of Removal for Nonpermanent Resident under INA § 240A(b)(1), 8 U.S.C. § 1229b(b)(1), and he was released from custody on September 30, 2026. Filing 15 at 1. Thus, Petitioner contends that this action is moot. The Court agrees. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Dismiss, Filing 15, is granted, and this action is dismissed as moot.

The Clerk of Court shall close the case.

Dated this 2nd day of October, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge